IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOLANDA S. HOLDEN, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 06-2981 |
| ILLINOIS TOOL WORKS INC. and VALERON STRENGTH FILMS CO., | § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Defendant Valeron Strength Films Co. was dismissed from this case via Order dated and filed on December 10, 2007. A jury was selected and sworn in on March 3, 2008, to hear Plaintiff Yolanda S. Holden's claims against the remaining Defendant, Illinois Tool Works Inc. The case was tried before said jury on March 3-6, 2008. The jury returned a verdict in favor of Defendant Illinois Tool Works Inc. on March 7, 2008, as shown in its answers to Jury Questions, which answers were filed on that same date. The Court having ruled on all other pending Motions, the Court hereby taxes all court costs against Plaintiff Yolanda S. Holden.

This is a FINAL JUDGMENT.

SIGNED on March 24, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge